*Barnett Cohen* for motion.

*William J. Moran* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground appeal may be taken as of right.

JOHN BYRNE et al., Copartners, under the Firm Name of BYRNE & BOWMAN, Appellants, *v.* THOMAS F. BARRETT, Respondent.

(Submitted September 30, 1935; decided October 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 199.)

GRACE E. STONE, as Administratrix of the Estate of BERNICE STONE, Deceased, Respondent, *v.* THE PRU-DENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

(Submitted September 30, 1935; decided October 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 91.)

MORRIS A. JACOBOWITZ et al., Appellants, *v.* CHARLES J. HERSON, Defendant, and SANDER METSELAAR Respondent.

(Submitted September 30, 1935; decided October 8, 1935.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 130.)